CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 13 2011

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES GARDNER DENNIS,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00245 |
| v. | ) <br> ) | **ORDER** |
| WILLIAM D. JENNINGS,<br>    Respondent. | ) <br> ) <br> ) | By:   Hon. James C. Turk<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; a certificate of appealability is **DENIED**;

and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel of record for the respondent.

ENTER: This ___13th___ day of December, 2011.

                                    _____
                                    Senior United States District Judge